EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:16-cv-23694-FAM

CARMEN PARRA,

    Plaintiff,

vs.

R.F. ORCHIDS, INC. a Florida for Profit
Corporation, and ROBERT FUCHS, an
individual,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me pursuant to the FLSA Settlement Agreement ("Agreement") reached between the parties and their Joint Motion for Approval of Settlement and Dismissal with Prejudice ("Joint Motion" – DE #17). I have reviewed the Joint Motion, the record and the fully executed Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). It is hereby **ORDERED** and **ADJUDGED** that the Joint Motion is **GRANTED** and the Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE** and **ORDERED** in chambers, at Miami, Florida this ___ day of _____ 2016.

                                                                                         _____
                                                                                     FEDERICO A. MORENO
                                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
*John J. O'Sullivan, U.S. Magistrate Judge*
*Counsel of Record*