UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23694-CIV-MORENO

CARMEN PARRA,

        Plaintiff,

vs.

R.F. ORCHIDS, INC. and ROBERT FUCHS,

        Defendants.

_____/

## ORDER DENYING MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

THIS CAUSE came before the Court upon the Joint Motion to File Settlement Agreement Under Seal **(D.E. 16)**, filed on **November 14, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** as unnecessary as it will be reviewed *in camera* by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of November 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record